United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 21, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10484
Summary Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

RAYAH MARKEITH WILLIAMS,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-193-ALL
--------------------

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

    Rayah Markeith Williams appeals from his jury-verdict

conviction for using, carrying, and brandishing a firearm during

or in relation to a crime of violence.  He argues on appeal that

the evidence produced at trial was insufficient to support the

jury's verdict.  Williams properly preserved this issue for

appeal.  Viewing the evidence in the light most favorable to the

verdict, a rational trier of fact could have found that the

Government proved all of the essential elements regarding this

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

charge.  See United States v. Lankford, 196 F.3d 563, 575-76 (5th Cir. 1999).

Williams also argues that the prosecutor made an improper remark during closing arguments.  Because Williams did not object on this basis in district court, this argument is reviewed for plain error only.  See United States v. Johnston, 127 F.3d 380, 392 (5th Cir. 1997).  Examination of the prosecutor's challenged argument does not indicate that it was improper.  See United States v. Binker, 795 F.2d 1218, 1223-24 (5th Cir. 1986).  Williams has therefore failed to show plain error regarding the prosecutor's closing argument.

Accordingly, the district court's judgment of conviction is AFFIRMED.